1  DALE L. ALLEN, JR., # 145279
   JOSHUA M. BRYAN, # 225230
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>             Plaintiff,<br><br>     v.<br><br>(BART) BAY AREA RAPID TRANSIT, (Transportation) (Non-Police Agency); VIVENCIO GONZAGA (AKA: Vincent Flores) (BART Janitor 07/09/03 Civilian Employee); KEN "KENNETH" DAM (Community Service Assistant, for, BART) (07/09/03 Civilian Employee); BRUCE TURNER (BART RUN # 225, 07/09/03, 1819 hrs. (1806 hrs.), (07/09/03 Civilian Employee) (Terrorist Benjamin Arnold Turner's Foster Relative/Co-Conspirator 07/12/86 Co-Child Abduction,<br><br>             Defendants. | Case No. C 07 80138-MISC. CW<br><br>DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS ACTION BASED ON FAILURE TO STATE A CLAIM UNDER FRCP RULE 12(b)(6);  OR IN THE ALTERNATIVE FOR ORDER REQUIRING PLAINTIFF TO PROVIDE A MORE DEFINITE STATEMENT (FRCP RULE 12(e); AND TO STRIKE PUNITIVE DAMAGES UNDER FRCP RULE 12(f))<br><br>Date:   August 2, 2007<br>Time:   2:00 p.m.<br>CtRm 2, 4th Floor |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 2, 2007, at 2:00 p.m., or as soon thereafter as the matter may be heard in the above-entitled court, in Court room 2, 4th Floor, located at 1301 Clay Street, Oakland, California, defendant Bay Area Rapid Transit District ("BARTD") will move this court to dismiss the action with prejudice pursuant to FRCP 12(b)(6) because plaintiff's complaint fails to state a claim upon which relief can be granted, on the grounds that:  (1) plaintiff's entire complaint fails to meet the applicable statute of limitations; (2) plaintiff's claim is so vague and ambiguous as to state no cognizable claims against BARTD; and (3) plaintiff's

-1-

DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS ACTION BASED ON FAILURE TO STATE A CLAIM UNDER FRCP RULE 12(b)(6);  OR IN THE ALTERNATIVE FOR ORDER REQUIRING PLAINTIFF TO PROVIDE A MORE DEFINITE STATEMENT (FRCP RULE 12(e); AND TO STRIKE PUNITIVE DAMAGES UNDER FRCP RULE 12(f))
J:\1752\SF0199\M-Dismiss\P-Not-dismiss.wpd

1  entire complaint is barred by the principles of res judicata and /or collateral estoppel.

2      In the alternative, defendant will move the court to order that plaintiff provide a more definite statement
3  pursuant to FRCP Rule 12(e) on the grounds that the complaint is so vague or ambiguous that BARTD cannot
4  be reasonably required to frame a responsive pleading.  By this motion BARTD also requests that any and all
5  references to punitive damages in plaintiff's complaint be stricken as BARTD on the ground that a public entity
6  is immune from any and all of plaintiff's claims.

7      This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities filed
8  herewith, the pleadings and papers filed herein, and the matters of public record of which judicial notice is
9  requested.

10

11      Dated: June 18, 2007.

12                              LOW, BALL & LYNCH

13

14                        By_____/s/    Dale L. Allen, Jr._____
15                          DALE L. ALLEN, JR.
                          JOSHUA M. BRYAN
                          Attorneys for Defendant
16                          BAY AREA RAPID TRANSIT DISTRICT

17

18

19

20

21

22

23

24

25

26

27

28

-2-