1   DALE L. ALLEN, JR., # 145279
    JOSHUA M. BRYAN, # 225230
2   LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
3   San Francisco, California 94111-2584
    Telephone (415) 981-6630
4   Facsimile (415) 982-1634

5   Attorneys for Defendant
    BAY AREA RAPID TRANSIT DISTRICT

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  JEROME L. GRIMES,                    )   Case No. C 07 80138-MISC. CW
                                         )
12              Plaintiff,               )   REQUEST FOR JUDICIAL
                                         )   NOTICE IN SUPPORT OF
13       v.                              )   MOTION TO DISMISS ACTION
                                         )   BASED ON FAILURE TO STATE
14  (BART) BAY AREA RAPID TRANSIT,       )   A CLAIM UNDER FRCP RULE
    (Transportation) (Non-Police Agency); VIVENCIO ) 12(b)(6);  OR IN THE
15  GONZAGA (AKA: Vincent Flores) (BART Janitor )  ALTERNATIVE FOR ORDER
    07/09/03 Civilian Employee); KEN "KENNETH"  )  REQUIRING PLAINTIFF TO
16  DAM (Community Service Assistant, for, BART)  )  PROVIDE A MORE DEFINITE
    (07/09/03 Civilian Employee); BRUCE TURNER  )  STATEMENT (FRCP RULE 12(e);
17  (BART RUN # 225, 07/09/03, 1819 hrs. (1806 hrs.), )  AND TO STRIKE PUNITIVE
    (07/09/03 Civilian Employee) (Terrorist Benjamin )  DAMAGES UNDER FRCP RULE
18  Arnold Turner's Foster Relative/Co-Conspirator  )  12(f))
    07/12/86 Co-Child Abduction,         )
19                                       )
                Defendants.              )   Date:  August 7, 2007
20                                       )   Time:  2:00 p.m.
    _____ )   CtRm 2, 4th Floor
21

22          Defendant Bay Area Rapid Transit District ("BARTD") hereby request that pursuant to Federal

23  Rule of Evidence 201, this Court take judicial notice in the above entitled case of the following matters

24  and documents of public record:

25          1.      All pleadings including but not limited to, plaintiff Jerome Grimes' complaint filed on

26  November 5, 2004, and any and all papers in support of dispositive motions filed therein, in *Grimes v.*

27  *Bay Area Rapid Transit District Police Department et al.*, Northern District Case No. C 04-4691 EDL.

28  A copy of the complaint in Case No. C 04-4691 EDL. is attached hereto as Exhibit "A."

-1-

2.    Any and all pleadings filed in the instant action (*Grimes v. Bay Area Rapid Transit et al.*, C 07 80138-MISC. CW)., including but not limited to plaintiff Jerome Grimes' complaint filed on May 30, 2007.  A copy of the complaint is attached hereto as Exhibit "B."

3.    Any and all pleadings filed in *Grimes v. BART,* Case No. 05-16839, in  United States Court of Appeals for the Ninth Circuit.  A copy of the 9th Circuit's judgment, accompanying memorandum and denial of petition for rehearing of plaintiff's appeal is attached hereto as Exhibit "C."

4.    Any and all public records, rulings and or legislative enactments confirming and establishing that BARTD is a public entity.

Dated: June 18, 2007.

LOW, BALL & LYNCH

By____/s/   Dale L. Allen, Jr._____
DALE L. ALLEN, JR.
JOSHUA M. BRYAN
Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS ACTION BASED ON FAILURE TO STATE A CLAIM UNDER FRCP RULE 12(b)(6);  OR IN THE ALTERNATIVE FOR ORDER REQUIRING PLAINTIFF TO PROVIDE A MORE DEFINITE STATEMENT (FRCP RULE 12(e); AND TO STRIKE PUNITIVE DAMAGES UNDER FRCP RULE 12(f))

J:\1752\SF0199\M-Dismiss\P-RJN-dismiss.wpd

# EXHIBIT A

ORIGINAL
FILED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

NOV  5 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jerome L. Grimes,                    Civil Complaint No.

            Plaintiff,              Under U.S.C. 28,
                                    Due Process Clause-
    v.                              VIOLATION- Of The
                                    Fourteenth Amendment
    1.  (BART) Bay Area Rapid Transit Police Department, et., al.,
        (Off. Ken Dam #J-214)       Rights, U.S. Constitu-
            Defendants.             tion: "Right To The
                                    Preservation Of the *b
                                    Exonerating/Exculpator
                                    Evidence.", Willful
                                    Misconduct, FRAME-UP,
                                    Conspiracy, Penal Code
                                    136.1(b), and,
                                    Covert Terrorism.

**EDL**

**C 04 - 4691**

I.  Jurisdiction

    This civil complaint is made under the jurisdiction of, U.S.C. 28,

Violation of Due Process Rights, Fourteenth Amendment Rights,

U.S. Constitution, "Right To The Preservation Of Exonerating/

Exculpatory Evidence, i.e., Richmond Bound BART Trains Cars: RUN#: 225

July 09, 2003, 1819 hours scheduled arrival(ACTUAL ARRIVAL 1806 HOURS)

at the, FREMONT BART STATION'S Train's Platform, Fremont, California

94538";VIDEO SURVEILLANCE TAPES (MULTIPLE VIDEOS), Onboard, the,

Interior, of this said, BART Train RUN#: 225, July 09, 2003, 1819 hrs.

Willful Misconduct:  Intentional Premeditated Refusal To Produce This

EXONERATING Evidentiary Materials: MULTIPLE, Video Surveillance Tapes,

FRAME-UP:  Arrest For Grand Theft Bicycle - Plaintiff Imprisoned For

MORE THAN 72 Hours, Conspiracy;  To False Imprison, Etc., Penal Code

136.1(b):  Dissuading/Interferring With The Plaintiff's Attemp  To

Report Co-Conspirator:  ACTUAL Grand Theft Bicycle Perpetrator,

Chardel Malone, PFN: APK014, CDC#: H-59892, and, Covert Terrorism.

II.  Plaintiff

    The plaintiff resides at, 263 Vernon Street, San Francisco,

California 94132.

III.  Defendants

The defendants are, State Actors, doing business in, Northern California, at the, Bay Area Rapid Transit (BART) TRANSPORTATION Police Department, 800 Madison Street, and, 205 Alice Street, Both, in, Oakland, California 94607, who employed, State Actor, Ken Dam, BART Badge Number: J-214, who willful, intentionally, and, maliciously hid the, BART Train's Cars' RUN#:225, July 09, 2003, 1819 Hours, the most important information necessary to ascertain the whereabouts of a specific BART Train's, Destination, Time, as well as, Any, and, ALL, ONBOARD, Video Surveillance Tapes Evidences.

IV.  Causes Of Action

On, July 09, 2003, the plaintiff, was, (FALSE) Arrestted, Onboard, Richmond Bound BART Train's Cars, RUN#: 225, July 09, 2003, 1819 Hours (1806 Hours), at the, Fremont BART Station's Train's Platform, in, Fremont, California 94538.  SEE:  BART Police Report Number: 03-30211, And, Fremont Police Report Number:  030709072, Incident Date:  07/09/03

Plaintiff, Verbally, Charged The Police Authorities, With The, FACT, that, He,(the plaintiff), was, Innocent, and that, ALL, of the, ONBOARD, Video Surveillance Tapes, on, BART Train's Cars, RUN#: 225, July 09, 2003, 1819 Hours(1806Hours).  This, Verbal, Charging Of Knowledge, was given to the, Police Authorities, (1) ONE, Hour, after, the, (FALSE) Arrest, ALLEGED, Misidentification Of The Plaintiff, as the, Grand Theft Bicycle Perpetrator.  At, 1935 Hours, on, July 09, 200 this above mentioned, Verbal, Charging Of Knowledge, was, Audio-Cassette Tape Recorded, by, Reporting Officer, Amy Boyd #2906, which left, (71) SEVENTY-ONE, Hours, for the, Police Authorities, to, Retrieve, the, FUNCTIONING, Onboard, BART Train's, Video Surveillance

1. Tapes, to, EXON ATE, the, Plaintiff, Jero  . Grimes, who, was,

2. ONBOARD, the, Richmond Bound BART Train's Cars, RUN#:225, July 09, 2003

3. 1819 Hours(1806 Hours ACTUAL, Arrival Time), at the, EXACT-SAME TIME,

4. as the, Grand Theft Bicycle Crime, was, OCCURRING, at a , Performance

5. Bicycle Stores, located at, 39121 Fremont Hub, Fremont, California

6. 94538, COMMITTED BY: Chardel Malone, PFN: APK014, CDC#: H-59892,

7. who later abandoned the, Stolen, Bicycle, Onboard, the above mentioned,

8. BART Train's Cars, RUN#: 225, July 09, 2003, 1819 Hours(1806 Hours),

9. COINCIDENTALLY, still located at the, Fremont BART Station's Train's

10. Platform, after an, Unusual Delay, which allowed the plaintiff enough

11. time to walk the, ENTIRE LENGTH, of this said BART Train, from it's,

12. Front First Car, to it's, Last Rear Car(Train Car), which is, why,

13. EACH, and, EVERY, Onboard, Interior, Bart Train's Cars, RUN#: 225,

14. July 09, 2003, 1819 Hours(1806 Hours), VIDEO SURVEILLANCE TAPES,

15. Contained The, EXONERATING/EXCULPATORY, Video Footage Evidence, FOR,

16. The Plaintiff, which, Unfortunately, was hidden, and/or, failed to

17. be produced, by the, Police Authorities: BART Police Officer, Ken Dam,

18. Badge Number: J-214, who, also, Intentionally Concealed,,the, BART

19. Train's Cars' RUN#, which, was LATER REVEALED TO BE: 225, and, NOT,

20. the, ERRONEOUS NUMBER: 1275, because, BART, Do Not, have, four digit

21. RUN(#'s) Numbers.

22. SEE: Admonition And Statement Audio Recorded, by, Reporting Officer,

23.      Amy Boyd, Badge Number: 2906, July 09, 2003, 1935 Hours, at the,

24.      Fremont Police Department, 2000 Stevensons Boulevard, Fremont,

25.      California 94538., Incident Report Number: 030709072.

26.        CHARGING OF KNOWLEDGE: OF: EXONERATING EVIDENCE: ALL,

27.        Onboard, Interior, BART Train's Cars' Video Surveillance

28.        Tapes,(RUN#: 225, July 09, 2003, 1819 Hours(1806 Hours).

'This, Failure To Produce, and/or, Willfully Hidding, Of, said,

BART Train's Cars' Video Surveillance Tapes,(RUN#: 225, July 09, 2003,

1819 Hours(1806 Hours), is a, Clear, violation, of the plaintiff's,

Due Process Clause, Rights, guaranteed, by the, Fourteenth Amendment

Rights, of the, U.S. Constitution, "Right To The Preservation, and,

Production Of Exculpatory/Exonerating Evidences.", which, were, DENIED,

the plaintiff, by the defendants, i.e., BART Employee, BART Police

Officer, Ken Dam, Badge Number: J-214, Holding, His, Employer, BART,

Bay Area Rapid Transit Police Department, Liable, for, His, Wreckless

Actions, while a, State Actor.

V.   Previous Lawsuits

1.   Jerome L. Grimes  v.  BART Police Officer, Ken Dam, #: J-214, et.,al
     U.S. District Court, Northern District Of California
     Civil Complaint No.  C03-5457CW

VI.   Remedy Exhausted

       The plaintiff was, Continuously False Imprisoned, for, MORE THAN,

(72) Seventy Two, Hours, and, also, DENIED, His, U.S. Constitutional

Rights, to, Due Process, "Right To The Preservation And Production

Of Exculpatory/Exonerating Evidences, i.e., BART Video Surveillance

Tapes, ONBOARD, Richmond Bound BART Train's Cars, RUN#: 225,

July 09, 2003, 1819 Hours(1806 Hours). And, In The Furtherance Of

Justice, the, False, Grand Theft Bicycle Case, Docket #:  H34486,

Superior Court Of California, Hayward, Hall Of Justice, was, DISMISSED,

on, August 16, 2004, MORE THAN, (1) One Year Of Imprisonment, Unjustly,

Over The, (72) Seventy Two, Hours-Limit, established, by the,

U.S. Constitution.

VII.   Relief Requested

       An injunction preventing the, Due Process Rights, Violator,

Ken Dam #: J-214, from, EVER, working in, Law Enforcement, Transporta-

tion Industry, and, Medical Health Care Profession.

A, Court Order, demanding the, Due Process Rights, Violator, Ken Dam #: <u>J-214</u>, to be, Lie Detector Tested, as an, Anti-Terrorism Measure, to ascertain, His, invilvement in a, Conspiracy, against the plaintiff.

And a, Monetary Units Award, to be, Granted, to the plaintiff as a detterrent, to the defendants(and),Due Process Violator, Ken Dam #: <u>J-214</u>, from continuing their, Conspiracy, Willful Misconduct, and, FRAME-UPS, against the plaintiff, the plaintiff's, Families, and other Citizens, and, Tourists.

Punitive Damages:  $77,000,000.00 (Seventy Seven Million Dollars)
Damages:

$1,713,000.00, includes, but not limited to, Capital Gains/ Self-Employment Wages, <u>LOST</u>, per day, at:  $3,000.00 (Three Thousand Dollars) Per Day, for a total of:  403 Days (Four Hundred And Three Days),<u>Continuosly False Incarcerated</u>, at a time the, Plaintiff, Jerome L. Grimes, would have been, Prospectively, <u>EARNING</u>, $3,000.00 Per Day, on, His, Plaintiff's, INTERNET WEB-SITE BUSINESS:  Small Business Start-Up Video, <u>SELLS</u>, while continuing to live his life, while exercising, His, Plaintiff, Jerome L. Grimes', "Right To The Pursuit Of (International) Happiness on the, World-Wide Web, as an. Videographer, producing, retail and wholesale selling, and advertising/marketing, Self-Produced, Small Business Start-Up Video Productions.

$1,713,000.00 (One Million Seven Hundred And Thirteen -
Thousand Dollars);
Which includes, $250.00 (Two Hundred And Fifty Dollars) Per Hour, for, In Pro Per-Attorney-Labor Fees: (12) Twelve Hours

Per Day, (6) Six Days Per Week, For A Total Of (38) Thirty-Eight Weeks, Equalling:  $504,000.00 (Five Hundred And Four Thousand Dollars).

And in the, Due Process Clause, Violator, BART Police Officer, Ken Dam #: J-214, individual capacity:  $1,200,000.00 (One Million Two Hundred Thousand Dollars).

Dated:   October 22, 2004

Jerome L. Grimes
In Pro Per, Plaintiff
And,
Director, of,
Futuristic Safety First,
"Children Safety and Welfare Program"

(6 of 6) Plus, (14) Fourteen, Attachments.

People of the State of California,
                    Plaintiffs,

V.

Jerome L. Grimes,
                    Defendant.

Docket No.
H39480
Declaration In
Support of
Non-Statutory
Motion To Dismiss

JEROME L. GRIMES
07-09-03



I, declare, as follows:

1. My name is, JEROME L. GRIMES.

2. I am, In Proper, Defense Counsel.

3. This photo was taken approximately, (2) two hours, before the, Alleged, herein, Crimie, of, Grand Theft on July 09, 2003.

4. The clothing worn in this photo is exactly what I was wearing during the, Misidentification, and, Arrest, of, Me, on, July 09, 2003.

5. This clothing worn in this photo and at the time of, Arrest, do, NOT, match the description of the suspect, described, by the, Alleged, Victim, Shane Overton, D.O.E.: 12/2
(Illegal D.O.B.; 334
Name, Etc.)
according to the, "911 Record Print-Out, and, Audio Tape: 03070907
Fremont Police Incident Report, and, July 22, 2003,
Preliminary Hearing - Court Reporter Transcript,
Page 19, lines 11-15."

Dated: June 03, 2008.
                    Jerome L. Grimes
                    In Proper, Defendant, Grimes

(1 of 1) Plus, (1) One, Attached, Exhibit. B.
Attachment # 1

Aladdin
BAIL BONDS
WE GET YOU OUT, WE GET YOU THROUGH IT.®
25 E. Hedding Street ■ San Jose, CA 95112

J-401 (REV. 5/01)

RENE DAVIDSON COURTHOUSE

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
### CLERKS DOCKET AND MINUTES

1. DOCKET NAME ........................................... DEPT. __515__  CRT. DATE/TIME __4/30/04__ __09=00__

2. EVENT NAME ___GRIMES, JEROME LENARD___ ......... RPT. NO. ___030709072___ DOCK NO. __H34486__

3. PROC. __4__  COUNTS .......... CEN. __3267378__ PFN. __AWP415__ A DAY __07/09/03__ SJ DATE __11/08/04__

4. CHARGES __1)E487(A) PC 2 PRS__ .......... PIC OCS00  AAG-FPD  ACITY FR

STAT SET BAIL $65,000.00    TOTAL DAYS IN CUSTODY: 295

5. BAIL _____ STAT. _____ BOND DT. _____ BOND CO. _____ DOB __05/23/66__

   BAIL _____ STAT. _____ BOND DT. _____ BOND CO. _____ BAC _____

6. FINE/REST. _____ DATE PAID _____ REC. NO. __SOUTH 1__ TIME WAIVED __TW__

### PROCEEDING

7. JUDGE ~~ROY HASHIMOTO~~ GARY ACETT .......... DEP. D.A. __Acosta__

8. DEP. CLERK ~~MICHELLE SOUZA~~ KOMATSU .......... DEF. ATTY. __PRO PER__

9. REPORTER __J. ESCORCIO/M. FERREIRA__ Ojeda .......... OTHERS _____  ☐ Not Present

**Defendant:** ☒ Present  ☐ Not Present  ☐ Excused  ☒ In Custody  ☐ Pro Per
☐ Interpreter _____ is present. Language spoken: _____
☐ Defendant duly arraigned/advised as to constitutional rights  ☐ Defendant waives arraignment  ☐ Waiver of Rights filed
☐ Defendant served: ☐ _____ ☐ Complaint ☐ Discovery ☐ Petition ☐ Motion ☐ Protective Order (PC 136.2)
☐ Referred to Public Defender  ☐ Public Defender files conflict  ☐ Financially ineligible  ☐ Private counsel appointed
☐ Plea Withdrawn  ☐ Change of Plea  ☐ Plea to count(s) _____ ☐ Not Guilty  ☐ Guilty  ☐ No Contest/Found Guilty
☐ Stipulates to:  lesser included / reasonably related  offense of count(s) _____ to charge(s) _____
☐ Time waived for:  ☐ Preliminary Examination _____ days  ☐ Trial  ☐ Sentence  ☐ Time not waived  ☐ Time waiver withdrawn
☐ **Clauses:** ☐ Stricken _____ ☐ Admitted _____ ☐ Sentencing Purposes Only
☐ **Priors:** ☐ Stricken _____ ☐ Admitted _____ ☐ Denied
☐ **Probation:** ☐ **Conditional Sentence:** ☐ Granted for _____ years/months  ☐ See attached conditions
☐ Revoked ☐ Restored ☐ Modified ☐ Extended to _____ ☐ Continue on same terms and conditions ☐ Terminated
☐ Defendant admits probation violation  ☐ Previous order revoking probation vacated, set aside, defendant restored to probation
☐ Submit to search and seizure of person, residence, vehicle or any property under defendant's control _____
☐ No contact with / not to annoy _____, directly or indirectly: stay at least _____ away
☐ Additional order(s): _____
☐ Petition/Motion _____ ☐ Granted ☐ Denied ☐ Withdrawn
☐ Referred to:  ☐ Probation Dept.  ☐ Financial Hearing Officer  ☐ _____
**Restitution:** ☐ Referred to _____ for Determination ☐ Ordered ☐ Reserved ☐ Modified
☐ Bail Forfeited  ☐ Bail Forfeiture Set Aside  ☐ Bail Reinstated  ☐ Bail Exonerated  ☐ Summary Judgment Entered
☐ **Bench Warrant:** ☐ Issued ☐ Withheld ☐ Withdrawn ☐ Bail Set at $_____  ☐ No Cite Release ☐ Night Service

2X

*Audio cassette & 911 tape by May 12*

FUTURE COURT DATES: 5/12/04 JT

Cont: Date: __5/12/04__ Time __9:00__ Dept __502__ Proc. __Compl__  Date: __6/14/04__ Time __9:15__ Dept __513__ Proc. __JT__

CORPUS Codes: _____

```
08/12/03  14:14:30  PRINTED  ESTED BY TERMINAL PDD2
Incident History for: #P030,520  Xref: #P03075521
Case Numbers: $P030709072
Entered      07/09/03  18:25:36  BY PD03  2082
Dispatched   07/09/03  18:26:02  BY PDD1  2012
Enroute      07/09/03  18:26:16
Onscene      07/09/03  18:27:19
Closed       07/09/03  20:16:35
```

I HEREBY CERTIFY THAT THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF A
DOCUMENT IN THE FILES OF THE CITY OF
FREMONT POLICE DEPARTMENT.

*Chloe*  2171  8/16/03
Name      #      Date

```
Initial Type: 911DC   Initial Alarm Level:    Final Alarm Level:
Final  Type: 487    (GRAND THEFT) Pri: 1 Dispo: RPT
Police Block: 46  Fire Block: 88D4  Group: P1  Src:  9
Loc: 39121 FREMONT BL ,FRE btwn MOWRY AV & BEACON AV
Name:                      Addr: PERFORMANCE BICYCLES.    Phone: 494-1466
```

```
1825  (2082)  ENTRY            NO FURTHER INFORMATION
1826  (2012)  DISP      101    #2906 BOYD,AMY
1826          ASST      109    #2405 OKULOVE, LORIE
1826  (2906) *ENROUT    101
1826  (2012)  ASST      103    #2794 MCCORMICK, PAUL
1826  (2794) *ENROUT    103
1827  (2012)  ONSCNE    101
1827  (2177)  SUPP             TXT: 487...SUSP BMA 35-40 600/MED WEARING BLK WINTE
                               R PARKA WITH A HOOD AND DK BLU JEANS. DOF TWD MOWRY
1828          SUPP             TXT: BIKE IS A BLU/SIL K2 MOUNTAIN BIKE
1828  (2012)  ASST      2011   #2793 MOURGOS, PAUL
1828          MISC      101    ,UTL FRE/MOWRY
1829  (2082)  ENROUT    109
1829  (2012)  ASSTOS    205    [LOGAN / MOWRY  ]
                               #3396 BRANNON,SEAN
1829          CHGLOC    2011   [BART ]
1829          $CROSS           #P03075521
1829          DUP              #P03075521
1829          CHANGE           TYP: 911DC
                               --> 487
1831          NEWLOC    103    [S/S HUB]
1832          ONSCNE    2011
1833          MISC      2011   ,HAVE A POSS
1833          MISC      2011   ,ON THE TRAIN
1834          MISC      2011   ,OFF W/POSS
1834          NEWLOC    103    [PREF BIKE  ]
1834          MISC      101    ,HAVE ONE WIT
1834          CHGLOC    109    [BART  ]
1836  (2177)  MISC             ,ADVISED BART..THEY ARE HOLDING THE TRAINS
1838  (2405) *ONSCNE    109
1838  (2012)  CHGLOC    103    [BART, W/WIT  ]
1838          MISC      2011   ,11-98 ON THE E-SIDE FOR IN FIELD
1839  (****)  REMINQ    2011   WANT,2011,GRIMES,JEROME,,M,05231966,,,,,,,,,11J070
1843  (3396)  CLEAR     205
1843  (2794) *ONSCNE    103
1843  (2012)  ASSTOS    S35    [BART ]
                               #2436 O'CONNELL, DANIEL
1845          ASNCAS    101    $P030709072
1849          MISC      103    ,10-15 POSS ID
1854  (2436)  CLEAR     S35
1859  (2012)  NEWLOC    103    [39121 FREMONT BL ,FRE]
1859          MISC      103    ,W/WIT & BIKE
1900          15        2011   [JAIL]
1901  (2405)  CLEAR     109
1904  (2794) *ONSCNE    103
1905  (2012)  TRANSC    2011
1915  (2082)  CHGLOC    101    [JAIL ]
```

1   A   I know it was a form of a ball cap.

2   Q   What color was the cap?

3   A   I cannot recall.

4   Q   Blue pants, were they?

5   A   Blue or dark in color.

6   Q   Pardon me?

7   A   Blue or dark in color.

8   Q   Could you see if they were Levis or some

9   other material?

10   A   No, sir.

11   Q   The blue parka, did it have any color, any

12   lines in it, or was it solid?

13   A   By lines, as in colored lines?

14   Q   Was there vertical lines or horizontal lines

15   of a different color?

16   A   No.

17   Q   So it was a solid blue parka?

18   A   Yes.

19   Q   Did you get an opportunity to look at that

20   person's face?

21   A   Yes.

22   Q   What part of that person's face did you see,

23   the whole face or profile?

24   A   I saw a profile and I saw the full face in

25   the reflection upon the pursuit.

26   Q   Okay.

27   But in terms of the that person's face, was he

28   wearing any glasses?

# SAN LEANDRO POLICE DEPARTMENT
## PRISONER PROPERTY RECEIPT

CASE # 3-11222        No. 00571

Time: 0024        PROPERTY BIN # 13

Local Agency: SAN LEANDRO PD    Agency No.: CA0011200

MALONE  CHANDEL

Inmate's Last Name        First        M.I.

PFN No. APKO14    Date 09-07-03    Property Release #1    Property Release #2

| Cash Count | | | |
|---|---|---|---|
| X 100 | | | |
| X 50 | | | |
| 3  X 20 | 60.00 | | |
| X 10 | | | |
| X 5 | | | |
| 3  X 1 | 3.00 | | X Burke |
| COIN | 0.75 | | |
| TOTAL | $63.75 | | |

This form contains a complete list of property receipted for upon entering San Leandro Police Jail.

Inmate's Sig. X _____    ☐ Refused to sign

Officer's Sig. X _____    Badge No. #178

No. 05711    Searched By  MENDENHALL #125

I have received all of my property, clothing, and money.

Inmate's Sig. X Chandel Malone    Date 10/14/03

Officer's Sig. X _____    Badge No.

### Property Release #1
### Released Property To:

Agency: ACSC - NO PROPERTY / YES MONEY

Checked and Received By _____    Badge No.    Date

Officer's Sig. X Tulla    K    090803

Inmate's Sig. X _____    Release Date

Officer's Sig. X _____    Badge/I.D. No.

### Property Release #2
### Released Property To:

Agency: _____

Checked and Received By _____    Badge No.    Date

Officer's Sig. X _____

Inmate's Sig. X _____    Release Date
Attachment #5

| Item | Description |
|---|---|
| Wallet | BLACK |
| Purse | |
| Misc. Papers | |
| Keys | (3) on ring |
| Watch ☐ WM ☐ YM | ☐ Man's ☐ Woman's  Make: |
| Ring ☐ WM ☐ YM | ☐ Man's ☐ Woman's  Color of Stone |
| Ring ☐ WM ☐ YM | ☐ Man's ☐ Woman's  Color of Stone |
| Other Jewelry ☐ WM ☐ YM | ☐ Man's ☐ Woman's |
| Other Jewelry ☐ WM ☐ YM | ☐ Man's ☐ Woman's |
| Other Jewelry ☐ WM ☐ YM | ☐ Man's ☐ Woman's |
| Other Jewelry ☐ WM ☐ YM | ☐ Man's ☐ Woman's |
| Earring ☐ WM ☐ YM | |
| Earring ☐ WM ☐ YM | |
| Change: If less than $1.00 | |
| Rare or Foreign Coins | |
| Hat | |
| Coat | |
| Shirt | |
| Belt | BLACK |
| Pants | |
| Shoes | Brown w/Green ssw |
| Other | wm Nail clippers |
| | CA-DL |
| | RD ID |
| | |
| | MALONE CHAR |
| | APKC14 |
| | NO PROPERTY |
| | YES MONEY $63 |

CASE # 3-11222        No. 00571

All unclaimed property and money shall be disposed of as provided by law.

Date: 09/08/03  I hereby release All PROP EXCEPT SHOES/SOX/ AND MONEY

Released To: LINDA DUN R EFY

Property Released By Inmate: _____

102-753 5M 7/61 (new)

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF ALAMEDA

**DEPT. 515**

Date:   Sept. 12, 2003          Hon.          ROY HASHIMOTO   , Judge

, Deputy Sheriff          Michelle Souza   , Deputy Clerk

Jovita Escorcio #10910   , Reporter

THE PEOPLE OF THE STATE OF CALIFORNIA

Counsel appearing
for Plaintiff

Plaintiff          Amilcar Ford, Deputy District Attorney

vs.

Counsel appearing
for Defendant

JEROME LENARD GRIMES          Defendant    Pro Per

NATURE OF
PROCEEDINGS:          MOTION TO PRESERVE SURVEILLANCE TAPES /
MOTION FOR COPY OF PRELIMINARY TRANSCRIPT /
MOTION FOR COPY OF AUDIO TAPED INTERVIEW /
MOTION TO DISMISS / MOTION FOR AN
APPOINTMENT OF INVESTIGATOR / MOTION FOR
COURT PROCESS SERVER/RUNNER / MOTION FOR
AN AUDIO CASSETTE PLAYER / MOTION FOR COPY
OF DEFENSE SUBPOENA AND PROOF OF SERVICE

ACTION NO.    H-34486
AWP416
3267378

The above entitled action comes on calendar, having been regularly set, for several motions.

Court, counsel and defendant are present in open court on the record.

Court grants defendant's Motion to Preserve Surveillance Tapes, Motion for Copy of Audio Taped Interview and Motion for Audio Cassette Player.  The People provide a copy of audio taped interview to defendant.

Court denies defendant's Motion to Dismiss, Motion for an Appointment of Investigator and Motion for Court Process Server/Runner.

Defendant's Motion for Copy of Preliminary Transcript and Motion for Copy of Defense Subpoena and Proof of Service are moot.

Court orders defendant's Motion for a Video Cassette Player/Monitor be Provided at Motion to Dismiss Hearing, Motion for Copy of the Audio Taped Interview of the Prosecution's Witness Conducted by Fremont Police Officer Boyd, Motion for an Audio Cassette Player With an External Speaker be Provided at the Motion to Dismiss Hearing and Motion to have Defense Witnesses Present at the Motion to Dismiss Hearing are denied as being untimely filed.

Court maintains September 17, 2003 at 2:00 p.m. in Department #513 for Motion to Dismiss Pursuant to Section 995 of the Penal Code and September 22, 2003 at 9:15 a.m. in Department #513 for Jury Trial dates.

Attachment #6

*People v. Jeor [handwritten]*   *1137456 [handwritten]*

# Incident Report
# Fremont Police Department

030709072   Supplement No
ORIG

## Narrative

discontinued the interview at 1957 hrs.

I ran a records check (CII, CORPUS, wants/warrants) on GRIMES and found he had served time in prison for robbery, and had numerous incidents of burglary, theft and weapons charges. Most recently, GRIMES was arrested in Berkeley on 07/02/03 for a warrant for burglary with prior jail time - 459 PC/666 PC; and was arrested on a separate case in Mountain View on 07/06/03 for 459 PC/666 PC again.

I spoke to BART PD Ofc FOREHAND by telephone, and he confirmed the video was functioning at the time of the incident. He told me to call Community Service Assistant DAM at (510) 464-7048 to obtain the footage. I called CSA DAM and left a message on his voice mail requesting a copy of the tape. I will follow up on 07/10/03 to make arrangements to get the tape.

Based on the statements and actions of the involved parties, I believe GRIMES entered Performance Bicycles with the intent to steal a bike without making an attempt to pay for it. This is a violation of 459 PC - burglary. Because of GRIMES' previous jail time for theft, I recommend the prior-jail time enhancement - 666 PC

I recommend the District Attorney charge GRIMES with 459 PC/666 PC.

I will supplement this report with the findings regarding the surveillance video tape.

*995 Dismissal Motion- [handwritten]*
*Grimes [handwritten]*

cc: DDA

*Bike Fingerprints Not Taken, Destroyed by weakness In The Chain of Custody" [handwritten]*

*Attachment #7 [handwritten]*

*Defendant's - Exhibit #2 [handwritten]*

| Report Officer | Printed At | |
|---|---|---|
| 2906/BOYD, AMY | 07/10/2003 06:12 | Page 6 of 6 |

PAGE 3 OF 1    *Bay Area, Hall of Justice*    *People v. Jerome*    *Hayward, Hall of Justice*
*Trial Court*    *Docket No. H39856*
*Rimes Pre-Trial Court*

# INCIDENT REPORT

## BART POLICE DEPARTMENT
### OAKLAND, CALIFORNIA 94607

| | | |
|---|---|---|
| O/A # | | CASE # |
| F03-05077 | | 03-30211 |
| | | CITATION # |

| 1 CODE SECTION(S) | 2. CRIME(S) / CLASSIFICATION(S) | |
|---|---|---|
| 487 PC | Grand Theft | ☒ OUTSIDE ASSIST |
| | | ☐ WARRANT SERVICE |

| 3. DAY / DATE / TIME OCCURRED | 4. DATE / TIME REPORTED | 5. TIME DISPATCHED | 6. TIME ARRIVED | |
|---|---|---|---|---|
| Wed/ 7-09-03 / 1800 to 1900hrs | 8/6/03 1500hrs | | | ☐ CITIZEN'S ARREST |

| 7. STATION OR OTHER LOCATION OF OCCURRENCE | 8. CITY |
|---|---|
| Fremont Bart Station | Fremont |

| 9. NAME - LAST,FIRST,MIDDLE ☐V ☐W ☐R/P ☒S ☐I/P | 10. RACE/SEX | 11. AGE | 12. HT. | 13. WT | 14. HAIR | 15. EYES | 16. D.O.B. | 17. |
|---|---|---|---|---|---|---|---|---|
| Grimes, Jerome | | | | | | | | ☐ BOOKED ☐ JUV HALL ☐ DETOX ☐ CITED ☐ 849(t) ☐ R&R ☐ GOA / UTL ☐ RLSD O/A ☐ OTHER |

| 18. ADDRESS, PHONE, CLOTHING, IDENTIFYING MARKS | | 19. I.D. TYPE / # |
|---|---|---|

| 20. NAME - LAST,FIRST,MIDDLE ☐V ☐W ☐R/P ☐S ☐I/P | 21. RACE/SEX | 22. AGE | 23. HT. | 24. WT | 25. HAIR | 26. EYES | 27. D.O.B. | 28. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ BOOKED ☐ JUV HALL ☐ DETOX ☐ CITED ☐ 849(b) ☐ R&R ☐ GOA / UTL ☐ RLSD O/A ☐ OTHER |

| 29. ADDRESS, PHONE, CLOTHING, IDENTIFYING MARKS | | 30. I.D. TYPE / # |
|---|---|---|

| 71. VEHICLE ☐VIC ☐SUS | 32. YEAR | 33. MAKE | 34. MODEL | 35. BODY | 36. COLOR(S) | 37. LICENSE # | 38. STATE |
|---|---|---|---|---|---|---|---|

| 39. WARRANT # | 40. ISSUING COURT | 41. HOLDING AGENCY | 42. CHARGE(S) | 43. BAIL |
|---|---|---|---|---|

**Narrative:**

On 7-09-03, at about 2200hrs, I was notified by Fremont Police Officer Amy
Boyd that she wanted a video tape pulled on BART train car #1275 for
evidence.   I was able the track down the train car and replace the video
tape the next day.  I observed that the digital video recorder machine was
not working properly because it was set in the wrong modes.  I was able to
fix the function modes.   I viewed the tape and observed that the tape did
not record on that day.   I determined that the tape had no evidentiary
value, so I recycled the video tape.

On 8-06-03 , I was given a subpoena by Public Defender Investigator Diane
Diew to bring all the video surveillance tapes at the Fremont BART station
from 7-9-03.   I notified Diew that the video tape did not have any
evidentiary value because the video machine was not working properly  and
that it had been recycled.   There were no other video cameras placed at
the Fremont BART station at that time of the incident.   No further action
was taken.

| REPORTING OFFICER(S) | RECORDING OFFICER | DATE / TIME PREPARED | APPROVED BY: |
|---|---|---|---|
| K.Dam  J-214 | J-214 | 8/06/03 1500hrs | |

| DISPOSITION: ☐ PENDING ☒ CLOSED ☐ SUSPENDED ☐ UNFOUNDED | COPIES TO: ☐ DETECTIVES ☐ TAG ☐ SET ☐ TRAFFIC ☐ BART SAFETY ☐ BART INSURANCE ☐ OTHER: | ☐ FAXED TO: |
|---|---|---|

FORM NO. 1500 (REV. 7-1/01)



Kathleen Gilbert
02/17/04 10:33 AM

To: Peggy Watts/lbb/Oak/Bart@BART
cc: Paul Liston/LMA/Oak/BART@BART, Lynette Slaten/LMA/Oak/BART@BART
Subject: Re: State of CA vs. Jerome L. Grimes··Subpoena for Records

I left a voice message for you regarding Grimes' subpoena. We have identified the consist ( run #) for car 1275 and I want to be sure that's what he's looking for as you probably know he asked for run #1275 and we do not have 4 digit run numbers. Car 1275 was on run 227 on July 9, 2003 and according to the arrival departure logs for that day, it arrived at Fremont at 1834 and departed at 1846 on time. However the OCC log shows an entry for 1833 hours for Train run number 225 at A·90 ( Fremont) with a BART police hold. The departure log shows run #225 did not depart Fremont as scheduled at 1831 hours but was sent out of service back to Richmond.

Attachment #9

SUPERVISOR: _Soto_

## TRAIN ARRIVAL/DEPARTURE LOG
## FREMONT TERMINAL ZONE
## WEDNESDAY

DATE: 7-9-03

| TRN SIZE | SCH ARR TIME | ACT ARR TIME | TRAIN OPER JOB# | TRAIN OPERATOR NAME | DEP RUN NO | TRN SIZE | SCH DEP TIME | ACT DEP TIME | TRAIN OPER JOB# | TRAIN OPERATOR NAME | T.O. RPT TIME | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 1641Y | | YO | | 105 | 8 | 1654 | 57 | TH49 | B Geniguani | | |
| 4 | 1646 | 4L | Da | I Garlow | 233 | 6 | 1701 | 01 | TH50 | F Breameik | | |
| (W) | 1649 | | TH33 | | 107 | 8 | 1709 | 03 | TH52 | R Pinieri | 1630 | |
| 8 | 1701 | 61 | Db | S Louie | 235 | 6 | 1718 | 14 | TH63 | R Guzman | | |
| 6 | 1704 | (W) | TH35 | | 109 | 4 | 1724 | 24 | TH53 | W Rebisio | | |
| 8 | 1716 | 14L | TPH5 | N. Sanchez | 108 | 4 | 1722Y | | TPH5 | D Sanlar | | |
| 8 | 1719 | 10 | TH36 | | 237 | 6 | 1731 | 31 | TH65 | L Altenganesehez | 1645 | |
| 6 | 1731 | 31 | TPH7 | J Lee | 111 | 4 | 1739 | 39 | TH41 | I Garroll | | |
| 6 | 1734 | 26 | TH37 | | 110 | 4 | 1742Y | | TPH7 | J Lee | | |
| 8 | 1746 | 52 | TH38 | D Valleos | 239 | 6 | 1746 | | TH66 | C Yew | 1700 | |
| 6 | 1749 | (W) | TH39 | | 113 | 4 | 1754 | 54 | TH69 | S Louie | | |
| J | 1801 | | TH41 | | 112 | 4 | 1757Y | | TPH7 | Fernandez | | |
| 8 | 1804 | (W) | TH42 | | 221 | 8 | 1801 | 01 | TH68 | Aguilar | 1715 | |
| 6 | 1816 | | TH44 | | 115 | 8 | 1812Y | | TH41 | A Cohen | | |
| 5 | 1819 | (W)PU | TH45 | Ra | 223 | 6 | 1816 | 16 | TH69 | Ultrei | 1730 | |
| 3 | 1831 | | TH45 | Rb | 117 | 8 | 182Y | | TH44 | D Valleos | 1745 | Richard |
| 5 | 1834 | | Rb | K Jew | 225 | 5 | 1831 | | TH70 | Out of Service | | |
| | | | | | 101 | 8 | 1842Y | | TH45 | | | |
| | | | | | 227 | 5 | 1846 | 46 | TH61 | G Johnson | 1615-10 REL 233 | |

Note: The personnel assignments in these logs are a guide. Actual assignments by the Foreworkers may often differ.

Attachment #10

170-101 (REV. 5/01)

### RENE DAVIDSON COURTHOUSE
## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
## CLERKS DOCKET AND MINUTES

| | |
|---|---|
| DOCKET 1. NAME | DEPT. 513    CRT. DATE/TIME 8/05/04   09:05 |
| EVENT 2. NAME   GRIMES, JEROME LENARD | RPT. NO. 030709072    DOCK NO. H34486 |
| 3. PROC. MDSM  M     M        CEN. 3267378 | PFN. AWP416  A DAY  07/09/03   SJ DATE   2/14/05 |
| COUNTS | PIC 00S00   AAG-FPD   ACITY FR |
| 4. CHARGES 1)F487(A) PC 2 PRS | |

STAT  SET  BAIL  $65,000.00    TOTAL DAYS IN CUSTODY:    394

| | | | | |
|---|---|---|---|---|
| 5. BAIL | STAT. | BOND DT. | BOND CO. | DOB 05/23/66 |
| BAIL | STAT. | BOND DT. | BOND CO. | BAC |
| 6. FINE/REST. | DATE PAID | REC. NO. SOUTH 1 | TIME WAIVED     TW | |

## PROCEEDING

| | |
|---|---|
| JUDGE   ~~ROBERT K KURTZ~~ Gary Picetti | DCCO: |
| DEP. CLERK J. BARKER/~~B. HYATT~~ | DEP. D.A. Dissilton, L |
| REPORTER ~~DEBORAH TRUJILLO~~ Janelle Zepeda | DEF. ATTY. PRO PER |
| | OTHERS                    ☐ Not Present |

**Defendant:** ☑ Present   ☐ Not Present   ☐ Excused   ☑ In Custody   ☐ Pro Per
☐ Interpreter _____ is present. Language spoken: _____
☐ Defendant duly arraigned/advised as to constitutional rights ☐ Defendant waives arraignment ☐ Waiver of Rights filed
☐ Defendant served: ☐ _____ Complaint ☐ Discovery ☐ Petition ☐ Motion ☐ Protective Order (PC 136.2)
☐ Referred to Public Defender ☐ Public Defender files conflict ☐ Financially ineligible ☐ Private counsel appointed
☐ Plea Withdrawn ☐ Change of Plea ☐ Plea to count(s)_____ ☐ Not Guilty ☐ Guilty ☐ No Contest/Found Guilty
☐ Stipulates to:  lesser included / reasonably related  offense of count(s)_____ to charge(s)_____
☐ Time waived for: ☐ Preliminary Examination _____ days ☐ Trial ☐ Sentence ☐ Time not waived ☐ Time waiver withdrawn
☐ **Clauses:** ☐ Stricken _____ ☐ Admitted_____ ☐ Sentencing Purposes Only
☐ **Priors:** ☐ Stricken _____ ☐ Admitted _____ ☐ Denied
☐ **Probation:** ☐ **Conditional Sentence:** ☐ Granted for_____ years/months ☐ See attached conditions
☐ Revoked ☐ Restored ☐ Modified ☐ Extended to _____ ☐ Continue on same terms and conditions ☐ Terminated
☐ Defendant admits probation violation ☐ Previous order revoking probation vacated, set aside, defendant restored to probation
☐ Submit to search and seizure of person, residence, vehicle or any property under defendant's control _____
☐ No contact with / not to annoy _____, directly or indirectly: stay at least _____ away
☐ Additional order(s): _____
☐ Petition/Motion _____ ☐ Granted ☐ Denied ☐ Withdrawn
☐ Referred to: ☐ Probation Dept. ☐ Financial Hearing Officer ☐ _____
**Restitution:** ☐ Referred to _____ for Determination ☐ Ordered ☐ Reserved ☐ Modified
☐ Bail Forfeited ☐ Bail Forfeiture Set Aside ☐ Bail Reinstated ☐ Bail Exonerated ☐ Summary Judgment Entered
☐ **Bench Warrant:** ☐ Issued ☐ Withheld ☐ Withdrawn ☐ Bail Set at $_____ ☐ No Cite Release ☐ Night Service

2X

Matter Dismissed by Court- Purs to Sect 1385 PC

UTURE COURT DATES: 8/16/04 JT —Vacate

nt: Date:_____ Time:_____ Dept. _____ Proc.:_____   Date:_____ Time:_____ Dept. _____ Proc.:_____

RPUS Codes: _____

| | |
|---|---|
| DOCKET NAME   GRIMES, JEROME LENARD | CT. DATE 8/05/04   DOCK NO. _____ H34485 |

Attachment # 11

## § 1385

### DISMISSAL OF ACTION

In determining whether there should be a dismissal in furtherance of justice pursuant to Pen. Code, § 1385, both the constitutional rights of the defendant and the interests of society represented by the People require consideration, and the reason for dismissal must be that which would motivate a reasonable judge. People v Johnson (1984) 157 Cal App 3d Supp 1, 204 Cal Rptr 563.

Attachment # 1.2

Proof of:
Self-Employment
Videography Internet
Business

Now, you too can lea  ow to start, run, and mainta  small business in America.

# Your Price: $20.⁰⁰

We include written Record Keeping Model Sheets, and
Public Relations Tips Sheets with every video.



| **FAST** | **FAST** | **FAST & EASY** |

You will learn how to write a business plan, how to register your business to meet local, state, and federal requirements, how to market your product or service to the public,

how to keep accurate records of your expenses and revenues, and how to get that extra cash to operate your business.

You'll get a
**Solid Foundation**
in Small Business
Start-Up in America!

No Theory,
No Technical Jargon,
Just Plain Simple Language.

You're in
Control!

*Go as fast or slow as you want, just fast forward or rewind.*

# Video

Video teaches you how to start a business fast.

For a limited time this wholesale price available to the public.

### ORDER FORM

| Please Print | | | | |
|---|---|---|---|---|
| Title | Date | Quantity | Price | Total |
| | | | | |

| | | SUBTOTAL | |
|---|---|---|---|
| Include $2.50 postage and handling for each. | | SHIPPING | |
| | | TOTAL | |

Name _____
Address _____
City/State/Zip _____ Phone _____

Please make check or money order payable to:
**AFRIKAN-AMERICAN ECONOMICS, BUSINESS, AND RE-EDUCATION**

Attachment # 13



# Georgia

### DRIVER'S LICENSE
NUMBER **055194757**    EXPIRES 05-23-2001

**GRIMES, JEROME L**
**2221 PTREE RD NE #310**
**ATLANTA, GA 30309**

SEX    BIRTHDATE    EXAM DATE    COUNTY
M      05-23-1966   09-16-1997   060
HEIGHT   WEIGHT   POST   FEE   RESTRICTIONS
6-01     150      6 52   16.00

CLASS    ENDORSEMENTS    TYPE
C                        REG

GOVERNOR

COMMISSIONER

SMALL BUSINESS START-UP IN AMERICA,

COLOR/Approx. 3 HOURS/8 MINUTES

Licensed only for non-commercial private exhibition in homes. Any public performances, either use, or copyrights is strictly prohibited. All rights under copyright reserved.

JEROME L GRIMES

WARNING
Federal law provides severe civil and criminal penalties for the unauthorized reproduction, distribution, or exhibition of copyrighted motion pictures and video tapes. (Title 17, United States Code, Sections 501 and 508). The Federal Bureau of Investigation investigates allegations of criminal copyright infringement. (title 17, United States Code, Section 506).
Copyright © 1974 by Jerome L. Grimes. All Rights Reserved.



**AFRIKAN-AMERICAN ECONOMICS**
**BUSINESS & RE-EDUCATION**
404-250-8056
2221 PEACHTREE RD. NE, STE. D-258
ATLANTA, GA 30309

64-7097/2610
0182001147

1075

DATE _____

PAY TO THE
ORDER OF _____ $ [        ]

_____ DOLLARS

**Mutual Federal**
**Savings Bank**
Atlanta, GA

MEMO _____

⑆261070976⑆ 0182001147⑈ 1075

*Attachment # 14*

# EXHIBIT B

Jerome

263 Vernon Street
San Francisco, CA. 94132
In Propper, Attorney
Futuristic Safety First,
Children Safety And Welfare Program,
Home Based Business Office
(415) 584-1454 (H.) (415) 624-5892 (Bus.)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF

RECEIVED
MAY 30 2007
DISTRICT SECRETARY'S OFFICE

RECEIVED
MAY 30 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

C 07    80138-MISC.    CW

5  Jerome L. Grimes,
            Plaintiff,
6      V.
7  1. (BART) Bay Area Rapid Transit,
            (Non-Police Agency) (Transportation)
8
9  2. Vivencio Gonzaga
        (nka: Vincent Flores) (BART Janitor 07/09/03 Civilian Employee)
10 3. Ken "Kenneth" Dam,
        (Community Service Assistant, for, BART)
11
12 4. Bruce Turner,
        (BART Run, v#: 225, 07/09/03, 1819 hrs. (1806 hrs.) 07/09/03 Civilian Employee)
13     (Treasurist Benjamin Arnold Tre-82's Foster Relatives/Co-Conspirator
14                                                          07/11/76 Co-Child Production.
15
            Defendants
16
17 I. Jurisdiction
18     This civil complaint is made
19 under the jurisdiction of, U.S.C. 28,
   "Grand Theft mountain Bike Frame-Up
20 Penal Code 487, At, Fremont Hub",
21 "Federal Penal Code 136.1(b) To Dissuade
22 And Intimidate The Plaintiff From
23 Prosecuting Civil Complaint Number:
24 CO2-0102 CW, in the, United States District Court,
25 Northern District of California, Entitled,
26 Jerome L. Grimes
27 (Filed: January 08, 2002)
28 (Closed: October 28, 2004)

"SECOND AMENDED"
Civil Complaint No.
See: CO3-3739 CW

Under, U.S.C. 28
"Grand Theft Crime"
"Federal Penal Code 136.1(b)
Intimidating And Dissuading
Plaintiff's Federal Civil
Complaint Number:
CO2-0102 CW,
U.S. Dist. Ct., Northern
Dist. of CA.,
Grimes v. Caldito
                    Im #: 1305
                    Fung #: 1422
                    Balmy #: 1587,
                    Downes #: 1621
Filed: 01/08/02
Closed: 10/28/04

"Hijacking/Kidnapping
With Terror Intent,
simultaneously Violated
Federal Due Process Clause
Of, "Right To Liberty",
And, "Right To The
Preservation And
Production of Exculpating
Exonerating Evidence,
i.e., Video Surveillance
Security Tapes, Onboard
BART Train's Cars, Run #:
225, July 09, 2003, 1819 hrs.
(1806 hrs.) (Actual) Richmond Bound, it's
Fremont BART Station."

V.  1. Deputy Caldito #: 1958
    2. Deputy Im #: 1305
    3. Deputy Fung #: 1422
    4. Deputy Balmy #: 1587
    5. Deputy Downes #: 1621
    6. San Francisco County
        ( 1 of 1)

" "Hijacking/Covert Kidnapping With
Federal Due Process Of Law,
Violation, Of, Plaintiff's,
"Right To Liberty," And, "Right
To The Preservation And
Production Of Exculpatory/
Exonerating Evidences, i.e.,
Video Surveillance Security
Tapes (Multiple Videotapes
Onboard, Interior, BART Train's Cars, RUN#: 225
July 09, 2003, 1819hrs. (alleged) (806hrs.) (actual) Richmond Bound, Intentionally
Delayed, At The, Fremont BART Station's Trains' Platform,"
Guaranteed by the, Sixth Amendment Rights, And, Fourteenth
Amendment Rights, Of The U.S. Constitution," "Conspiracy"
"Covert Post-09/11/01 Terrorism." " Covert Pre- 03/11/04—
Madrid, Spain, Train's, multiple, Remote Control Bombings Terror
And, " Covert Child Abduction Of Cameo Turner (Co-Abductor's Foster Last/Name)
Birth Certificate Fraud At Birth (Vital Records Fraud Planned/
Premeditated/Conspired In The 1970's [See: 11/18/99 Covert Terror.])"

Sixth Amendment Rights,
And, Fourteenth Amendment
Rights, VIOLATION, Of The,
U.S. Constitution "
"Conspiracy," "Child Abduction,
July 12, 1986, Of: Newborn,
Cameo Turner Vital Records Fraud, Case- Premeditated
Coincidence of, me, And, Benjamin A. Turner, Blood Type
"COVERT. Post-09/11/01 Terrorism"
And, " Covert Pre- 03/11/04 Terrorism"

II. Plaintiff
The plaintiff resides at, 263 Vernon Street,
San Francisco, California 94132, since, His, Birth, in, 1966,
and this place of residence is, His, Home Base Business Office
of, Sole-Proprietorship, (DBA:) Doing Business As:
" Too Sweet To Beat These Video Productions" since, March, 199...

(2 of 11)

1  and also, HOME BASED BUSINESS OFFICE, of, Sole-Proprietorship,
2  (DBA.:) Doing Business As: Futuristic Safety First, "Children Safety And
3  Welfare Program", since, FEBRUARY, 1999.
4  III. Defendants
5      The defendants [RESIDED] RESIDES in, Northern California, and
6  on the, Date Of Federal Law Causes Of Actions;
7  July 09, 2003, WERE, "ALL", Civilian Employees,
8  :Employed by, (BART) Bay Area Rapid Transit) located at:
9  
10  306 Lakeside Street, Oakland, California 94612.
11  IV. Causes of Action
12  
13      On, July 09, 2003, Defendant #4, Bruce TURNER
14  while, On-Duty, BART Train Driver, Driving, RUN#: 225,
15  07/09/03, 1819hrs. (alleged) (1806 hrs.) (actual), Richmond Bound, "Intentionally,
16  Deliberately, Willfully, with Premeditated Aforethought;
17  DELAYED, His, said, BART Train, so that the, Onboard;
18  plaintiff, could be, Covertly Kidnapped [post-09/14/06 missed], and, Framed-Up,
19  for a, Crime Of Grand Theft, Penal Code 487, Dirty Trick-
20  Down Coded Triable Robbery, Penal Code 212.5(b), with
21  Double Prison Time Exposure Due to Strikable Offense At
22  Jury Trial. This, Frame-Up, was, Co-Conspired, by:
23  Defendant #4, Bruce Turner's, Crimies, Shane Overton, in
24  victim disguise in, Bicycle Transportation -Industry, and,
25  Charrel Malone, PFN: A88014, CDC#: H-59893, in thug disguise,
26  who, Actually Committed, Grand Theft mountain Bike,
27  SIMULTANEOUSLY, at, Performance Bicycles, located at Least,
28  (6)six, miles away, from this above mentioned, Framed BART Train,

(3 of 11)

1  (Performance Bicycles, 39121 (Mowry Street) Fremont Hub, Fremont, CA. 94538)

2  The Evidence of this Herein, Conspiracy, was

3  Captured on, Video, in the, Interior, Onboard, BART

4  Trains' Car's, RUN#: 225, July 09, 2003, (1819 hrs.) 1806 hrs.,

5  Video Surveillance Security Tapes, (Alleged) (Actual)

6  

7  Deliberately, Intentionally, with Aforethought "Hidden",

8  Concealed, and, Suppressed, with, Official Animus, not in

9  accord to, BART's, normal, Videotapes, preservation policy

10  and committed by, Defendant #3, Kenneth "Ken" Dam,

11  who was a, Civilian Community Service Assistant, Graffiti

12  Detail, NOT, Authorized, to handle, BART Trains' Car's Video

13  Surveillance Security Tapes, on, July 09, 2003

14  Defendant #2, Virencio Gonzaga, on, Video Surveillance

15  Security Tape(s), ONBOARD, BART Train's Cars, RUN#: 225

16  07/09/03, 1819 hrs. (1806 hrs.,) Richmond Bound, at the,

17  (Alleged) (Actual)

18  Fremont BART Station, Fremont, California 94538,

19  while the, Grand Theft Mountain Bike Frame-Up

20  piece-mell, was, SIMULTANEOUSLY, being, Committed,

21  by, His, Co-Conspirators, at, Performance Bicycles Store,

22  "Asked", the plaintiff to move to the, Rear, of the,

23  BART Train's Cars (RUN#: 225), AWAY, from, Co-Conspiracator

24  Defendant #4, Bruce Turner's, BART Train Driver Front

25  Operator Compartment, (Bruce Turner), Accomplice, in the, July 12, 1981

26  Child Abduction of Cameo Turner) who is the, plaintiff's,

27  (Illegal Fraudulent Last-Name At-Birth thereof thereby)

28  Biological Daughter, STOLEN, at, Birth, through, Premeditated

Vital Records Fraud (Birth Certificate Falsification), by,

(4 of 11)

1  Defendant #4, Bruce TURNER, and, His, FOSTER—

2  Relative, Co—Conspirator, Benjamin Arnold TURNER, and,

3  Co—Conspirator, Maria Parker.) (Lie Detector Test)

4  (Cross-Check chromosomes)

5  (see Civil Complaint No.s:

6  CO5-1485CW, and,

7  CO5-1583CW.)

8  Defendant #2, Vivencio Gonzaga, also had the

9  need to herd the plaintiff to the, REAR, Last,

10  BART Train's Car, BLOCKING, for the, Sole-Purpose,

11  of the, Conspired, [Actual Grand Theft PERPETRATOR, Chadel Malone]

12  Frame—Up, Penal Code 487, to, Kidnap/Covertly Hijack,

13  the plaintiff's person, through, Intentional Liberty

14  Deprivation And Continuous False Imprisonment Hardship

15  Of, (403) Four Hundred And Three, Days, using, Highly

16  Sophisticated, Post—09/11/01 Transportation Terror Modus Operandi,

17  DELAYING, TIMING, and, Calculating, while, DELAYING

18  Of At Least, (100) One Hundred, BART Train's Passenger, on,

19  July 09, 2003, 1806hrs., while, and, to, SIMULTANEOUSLY,

20  Injure/Kidnap/Covertly Hijack, The plaintiff, to,

21  Intimidate And Dissuade, the plaintiff's, Federal

22  Civil Complaints, in, Federal Civil Court Numbers:

23  CO2—0102CW, and, CO3—1841CW.

24  (cross-Check Defendants' DNA Chromosomes. In This Herein

25  Civil Complaint And Compare To The Defendants' DNA

26  Chromosomes, in, Civil Complaint Number: CO2-0102CW.) [note: See]

27  DNA: TURNER-To-Bilny-To-[Malone]-To-Powers

28  [To-] (Am-To-Culdito-To-Diew—(5 of 11)

Yg- -To -Fung-To - Tinsz-

To-Wu-To- Im-To- Rn-

Chu-To-Sally-  Carroll-To- Chin-To-

These, On-Duty, Defendants, Civilian Employees', ACTIONS, on, July 09, 2003, HOLDS, their, Employer, Defendant #1, (BART) Bay Area Rapid Transit, "Liable", for their Employees', Malicious, Deliberate, Cruel, Terrorist Actions, Premeditated, with official animus, against the plaintiff, who they Knew, was, Bailing-Out, of the, Elmwood Complex, Santa Clara County Jail, on this, said, Date Of: July 09, 2003, which would lead, the plaintiff to the, VTA 180 Express Bus Route, in Route to the, Arresting, U.C. Berkeley Jail Facility, in the, County of Alameda, via, Fremont BART Station-to — Berkeley BART Station, in the, County of Alameda, to, Pick-Up, His, (Plaintiff's) Personal Property, i.e., Buck Pack, Legal materials, House Keys, (Luise) Etc., Confiscated, COINCIDENCE, by the, Arresting, U.C. Berkeley Police Officer, Arearus #:___ in the, City of Berkeley, on, University Campus, for the, Santa Clara County Arrest Warrant (#: BB153633), and above mentioned Resulting, Bail Bond, Expenses/Damages, Etc., Posted, on, July 09, 2003, (07/09/03), Just, (2) Two, Hours, Prior to this herein, Highly Sophisticated, Criminal Frame-Up, by the defendants, much worse than a, Slip And Fall Injury Onboard BART Premeditated Against The Plaintiff!

## V. Previous Lawsuits

1. Jerome L. Grimes     V.    Kamala Duplesis,
(Ex-BART Police Officer #:___)
U.S. District Court, Northern District of California
Civil Complaint No.: C03-6841SW
Filed: April 23, 2003
(6 of 11)

2. JEROME L. GRIMES      V. 1. Radio Shack,
                            2. MR. Huynh,
                            3. MR. Hoang,
                            4. MR. Wiefloffof
                              (CROSS-CHECK CHEFMONOJONES)
U.S. District Court, Northern District of California
Civil Complaint No's: CO6-3144CW,
CO3-4337CW, CO3-4544CW, CO3-4678CW,
                                    CO5-4722CW, CO3-5456CW

3. JEROME L. GRIMES  Etal;  V. Tony Lee Wong, Ro'martha Flores,
U.S. District Court, Northern District of California
Civil Complaint No.: CO2-5670CW,
                      CO2-5787CW, CO3-0175CW, CO2-5671CW

4. JEROME L. GRIMES      V. Shane Overton, Linda Medlock,
                            Deputy Montgomery #:444, Jackie Robinion,
                            Miles Medlock, Chaedel Malone,
                            Performance Bicycles,
U.S. District Court, Northern District of California
Civil Complaint No.: CO3-4217CW, CO6-7148CW

5. JEROME L. GRIMES      V. Deputy Caldito #:1458, Deputy Im #:1305,
                            Deputy Balmy #:1587, Deputy Fung#:1488
                            Deputy Downes #:1621,
U.S. District Court, Northern District of California
Civil Complaint No.: CO2-0102CW (Filed: January 08, 2002)

6. JEROME L. GRIMES  V.  Ken Dam, Bruce Turner,
                          BART Detective, Parker #:____,
                          Kamala Duglasis#:___, Sgt. Forshauk #:174,
                          Virencio Gonzaga, BART DetectiveHuddleston #:___
U.S. District Court, Northern District of California
Civil Complaint No.: CO4-4691 EDL, CO3-3739CW

(7 of 11)

1  VI. Remedy Exhausted
2      A diversified group of individuals have
3  entered these institutions with the intent to
4  try to obtain immunity from prosecution, WHEN,
5  not, If, they get caught for their, Premeditated,
6  Highly Sophisticated, Crazy, Coincidental, Cooky,
7  Exploitive, Suicidal, Terrorist Acts, against the
8  plaintiff, against the plaintiff's, Families, Network
9  Prospective Investors, Etc., as well as, against,
10 Other, Citizens, and, Tourists, at, Home, and Abroad.
11     And it is a known, FACT, that these diversified
12 group of individuals will, NEVER, admit to a,
13 Conspiracy.
14
15 VII. Relief Requested
16     An injunction preventing these defendants
17 from working in the, "Transportation Industry"
18 "Hobby Craft-Remote Control - Technologies Industry"
19 "Law Enforcement" "Medical And Dental Health -
20 Care Professions" "Hotel, Motel, Resort, And, Real-
21 Estate Professions" "Food And Water Chain Industries
22 "Child Day Care Professions" "Elderly And Nursing-
23 Home Health Care Professions" "Foster And Mentally-
24 Challenged Home Health Care Professions"
25 "Census Collecting Process" and, "Vital Records
26 Clerical Processing And Data Entry Professions
27 At Home And Abroad");
28

(8 of 11)

A, Court Order, for the defendants to be, Lie Detector Tested, as an, Anti-Terrorism Measure to ascertain their involvement in, Post-09/11/01 Terrorisms and these, Federal Law Causes Of Actions, including but not limited to, Pre-09/11/01 Terrorisms, Such as the Premeditated, July 12, 1986:

(10/31/85 Halloween Night) (Fraudulent/Abducted Child D.O.B.) (7 of 9 Month's Conspiracy) October 31, 1985 - To - July 12, 1986; Covert New Born Child

Abduction Of: Cameo (female) (Turner) (Fraudulent Last Name Given At Birth Illegally)
(Plaintiff's Abducted Biological Child) D.O.B.: 07/12/86 (July 12, 1986)!
(Premeditated) Child Abduction Vital Records Fraud With Aforethought, And Highly Sophisticated Modus Operandi, Planning Evidence of Connection To missing And Exploited Mass Children (mysteries; Unsolved)

Punitive Damages: $3,100,000.00 (Three Million One Hundred Thousand Dollars)

Damages: $1,713,000.00 (One Million Seven Hundred And Thirteen Thousand Dollars) which includes, but not limited to, Capital/Self-Employment Wages, LOST, per day, at:
$3,000.00 (Three Thousand Dollars) potential per Day, for a total of: (403) Four Hundred And Three Days, of, Continuous False Imprisonment And Hardship, Covertly Kidnapped, at a time the, In Proper, Plaintiff, Jerome L. Grimes, would have been, Prospectively, EARNING: $3,000.00 (Three Thousand Dollars) Per A...

(9 of 11)

On, His, Internet Website Home Based Business;
Small Business Start-Up Video, SELLS, (DBA;) Doing Business
AS: "Too Sweet To Beat These Video Productions", while,
Continuing To LIVE His LIFE, while excersing, His,
"Right To The Pursuit OF (International) Happiness,
doing business on the, World Wide Web Computer
Internet Systems, as a, Videographer; producing,
advertising, marketing, Retailing, and, wholesale
selling, His, Self-Produced, Works-Of-Art; Small
Business Start-Up Video Productions, as well as,
Health, Fitness, And, Nutrition Video Productions.
This, $1,713,000.00 (One Million Seven
Hundred And Thirteen Thousand Dollars),
includes, Injuries/Expenses Incurred), of:
$250.00 (Two Hundred And Fifty Dollars), per hour,
For, In Pro Per-Attorney Labor Fees; per hour,
Hours, Per Day, (6) Six, Days, per week; (12) Twelve,
total of: (38) Thirty Eight, Weeks In-Custody Framed-
Up Illegal False Imprisonment/Kidnapped/Post-09/11/01,
Hijacked, Equalling Monetary Costs, of: $504,000.00
(Five Hundred And Four Thousand Dollars).
                    And in, Defendant #2, Virencio Gonzaga's,
individual capacity: $150,000.00 (One Hundred And
                    Fifty Thousand Dollars).
And in, Defendant #3, Kenneth "Ken" Dam's, in P...

(10 of 11)

Capacity: $210,000.00 (Two Hundred And Ten Thousand Dollars). BART Civilian Identification Number: J-214.)

And in; Defendant #4, BRUCE TURNER's, individual Capacity: $300,000.00 (Three Hundred Thousand Dollars)

Dated: May 16, 2007

Jerome L. Grimes
Jerome L. GRIMES
Plaintiff, In ProPer,
And,
DIRECTOR/PRODUCER OF:
"Too Sweet To Beat This Small Business Start-Up Crash Course-Video Production"
And,
"Too Sweet To Beat This Health, Fitness, And, Nutrition-Video Production"
And,
DIRECTOR OF:
Futuristic Safety First,
"Children Safety And Welfare Program"
(1977-02/10/84)
(07/27/81)
(10/31/85 Halloween Night)
(11/27/02 Thanksgiving Day)
(09/11/01)
(12/27/04 Two (2) Days After Christmas)
(07/12/86 D.O.B.)
(11 of 11)

Proof Of Service

MAY 3 0 2007

DISTRICT SECRETARY'S OFFICE

Jerome L. Grimes,
      Plaintiff,

V.

1. (BART) Bay Area Rapid Transit, (Non-Police Agency)
2. Virencio Gonzaga,
3. Kenneth "Ken" Dam,
4. Bruce Turner,
      Defendants.

Civil Complaint No.
C07-80138 CW [misc.]

1551 hrs.
05/30/07
Received by:
Jacqueline R. Edwards
Deputy Assit. Dist. Sec.
jrf

I, Jerome L. Grimes, certify that on, May 30, 2007, I did personally deliver and serve the below mentioned documents to:

      (BART) Bay Area Rapid Transit
      Non-Police Agency
      300 Lakeside Avenue
      Oakland, CA. 94612

Documents:

1. Original Civil Complaint #: C07-80138CW, misc.; Filed, May 30, 2007.

2. Notice Of Demand, for, Civil Monetary Settlement In-Lieu Of Civil Summons And Prosecution In The U.S. District Court.

3. Proof Of Service.

      I declare under the penalty of perjury that the foregoing is true and correct.

263 Vernon St., S.F., CA. 94132
(415) 584-1454 (H.) (415) 624-5892 (Bus.)

Jerome L. Grimes
Jerome L. Grimes

**NOTICE OF DEMAND,
FOR, CIVIL DAMAGES MONETARY UNITS AWARD,
MONETARY SETTLEMENT IN LIEU OF CIVIL PROSECUTIONS
OF THE BELOW MENTIONED CIVIL COMPLAINT.**

U.S. District Court, Northern District Of California, CASE #: C07-80138cu

Jerome L. Grimes v. (BART) Bay Area Rapid Transit, et, al

Dear, (BART) Bay Area Rapid Transit, (Non-Police Agency) And/Or, THEIR, Representatives:

In lieu of, Summons, and, Prosecutions, I, Submit, this, Notice Of Demand,

I am giving this, Notice Of Demand, for,
Civil Monetary Settlement, for the, Due Process Clause,
VIOLATION, of, My, (Jerome L. Grimes, In Pro Se, Attorney))
Fourteenth Amendment Rights, guaranteed by the,
U.S. Constitution.

Right To The Preservation Of Exculpatory (Exonerating)
Evidences, i.e., BART RUN #: 225, July 09, 2003, (1800hrs.)
Onboard, Interior, Video Surveillance Security Tapes,
Multiple, Videotapes, at the, Fremont BART Station Platform
at least, (6) Six, Onboard, Interior, Videos, total in numbers
Destroyed, Lost, Or, Not Preserved, with a, Conscious
Effort To Suppress These Videos' Exculpatory
Exonerating Evidence To The Herein, Plaintiff,
Jerome L. Grimes, Hidden/Lost/Destroyed, by, Defendant
Kenneth "Ken" Dam, et, al, through means not in
accord to, BART's, normal practices.

This above mentioned, Official Animus, and,
Due Process Of Law, VIOLATION, by these above
mentioned, BART Civilian Employees, on, July 09, 2003,
Is, Holding, their Employer, BART, Defendant #1, LIABLE,
for the, (403) Four Hundred And Three, Days, Of, False
Imprisonment/Liberty Deprivation, much, WORSE THAN,
Slip And Fall, Onboard, BART's, Property.

Dated: May 29, 2007

Jerome L. Grimes
Plaintiff, In Pro Se

# EXHIBIT C




Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

May 15, 2007

USDC, San Francisco
Northern District of California (San Francisco)
Federal Building
P.O. Box 36060
San Francisco, CA 94102

| No. | Title | Agency/D.C. No. |
|-----|-------|-----------------|
| 05-16839 | Grimes v. BART | CV-04-04691-EDL |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

• *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Howard Horn
Deputy Clerk

Enclosure(s)
cc: All Counsel

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEROME L. GRIMES, | No.  05-16839 |
| Plaintiff - Appellant, | D.C. No.  CV-04-04691-EDL |
| v. | |
| BAY AREA RAPID TRANSIT, Police Department; et al., | **JUDGMENT** |
| Defendants - Appellees. | |

Appeal from the United States District Court for the Northern District of California (San Francisco).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern District of California (San Francisco) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered Wednesday, January 17, 2007

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Lesley L. Novotny Esq.
LOW BALL & LYNCH
7th Fl.
505 Montgomery St.
San Francisco, CA 94111-2584

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

hh
05-16839

**FILED**

MAY 0 7 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEROME L. GRIMES,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>BAY AREA RAPID TRANSIT, Police<br>Department; et al.,<br><br>        Defendants - Appellees. | No. 05-16839<br><br>DC # CV-04-04691-EDL<br>Northern California<br>(San Francisco)<br><br><br>ORDER |

Before: ALARCÓN, HALL, and PAEZ, Circuit Judges

    The petition for panel rehearing is denied.

    No further filings will be accepted in this closed case.

**FILED**

## NOT FOR PUBLICATION

JAN 17 2007

### UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

### FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEROME L. GRIMES, | No. 05-16839 |
| Plaintiff - Appellant, | D.C. No. CV-04-04691-EDL |
| v. | |
| BAY AREA RAPID TRANSIT, Police Department; et al., | MEMORANDUM [*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Elizabeth D. Laporte, Magistrate Judge, Presiding [**]

Submitted January 8, 2007 [***]

Before:    ALARCÓN, HALL, and PAEZ, Circuit Judges.

Jerome L. Grimes appeals pro se from the district court's summary

judgment in favor of defendants in his 42.U.S.C. § 1983 action alleging

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The parties consented in writing to proceed before a magistrate judge.

[***]    The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

defendants violated his due process rights by failing to preserve exculpatory evidence in the form of a video surveillance tape. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Buono v. Norton*, 371 F.3d 543, 545 (9th Cir. 2004), and we affirm.

The district court properly concluded that Grimes failed to create a triable issue as to whether defendants' destruction of the surveillance videotape amounted to a due process violation, because the evidence shows Grimes could have obtained exculpatory evidence by other reasonably available means, and Grimes failed to demonstrate that defendants acted in bad faith. *See United States v. Cooper*, 983 F.2d 928, 931 (9th Cir. 1993) (stating requirements for due process claims arising from the government's failure to preserve evidence).

Because the district court properly dismissed Grimes's 42 U.S.C. § 1983 claim, the court did not abuse its discretion in declining to exercise supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3). *See Warren v. Fox Family Worldwide, Inc.*, 328 F.3d 1136, 1143 n.7 (9th Cir. 2003).

Grimes's remaining contentions lack merit.

**AFFIRMED.**

**FILED**

**NOT FOR PUBLICATION**

JAN 17 2007

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

JEROME L. GRIMES,

      Plaintiff - Appellant,

    v.

BAY AREA RAPID TRANSIT, Police
Department; et al.,

      Defendants - Appellees.

No. 05-16839

D.C. No. CV-04-04691-EDL

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Elizabeth D. Laporte, Magistrate Judge, Presiding [**]

Submitted January 8, 2007 [***]

Before:    ALARCÓN, HALL, and PAEZ, Circuit Judges.

    Jerome L. Grimes appeals pro se from the district court's summary

judgment in favor of defendants in his 42.U.S.C. § 1983 action alleging

---

    [*]    This disposition is not appropriate for publication and is not
precedent except as provided by 9th Cir. R. 36-3.

    [**]    The parties consented in writing to proceed before a magistrate judge.

    [***]    The panel unanimously finds this case suitable for decision without
oral argument. *See* Fed. R. App. P. 34(a)(2).

defendants violated his due process rights by failing to preserve exculpatory evidence in the form of a video surveillance tape. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Buono v. Norton*, 371 F.3d 543, 545 (9th Cir. 2004), and we affirm.

The district court properly concluded that Grimes failed to create a triable issue as to whether defendants' destruction of the surveillance videotape amounted to a due process violation, because the evidence shows Grimes could have obtained exculpatory evidence by other reasonably available means, and Grimes failed to demonstrate that defendants acted in bad faith. *See United States v. Cooper*, 983 F.2d 928, 931 (9th Cir. 1993) (stating requirements for due process claims arising from the government's failure to preserve evidence).

Because the district court properly dismissed Grimes's 42 U.S.C. § 1983 claim, the court did not abuse its discretion in declining to exercise supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3). *See Warren v. Fox Family Worldwide, Inc.*, 328 F.3d 1136, 1143 n.7 (9th Cir. 2003).

Grimes's remaining contentions lack merit.

**AFFIRMED.**

2