1  DALE L. ALLEN, JR., # 145279
   JOSHUA M. BRYAN, # 225230
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>               Plaintiff,<br><br>v.<br><br>(BART) BAY AREA RAPID TRANSIT, (Transportation) (Non-Police Agency); VIVENCIO GONZAGA (AKA: Vincent Flores) (BART Janitor 07/09/03 Civilian Employee); KEN "KENNETH" DAM (Community Service Assistant, for, BART) (07/09/03 Civilian Employee); BRUCE TURNER (BART RUN # 225, 07/09/03, 1819 hrs. (1806 hrs.), (07/09/03 Civilian Employee) (Terrorist Benjamin Arnold Turner's Foster Relative/Co-Conspirator 07/12/86 Co-Child Abduction,<br><br>               Defendants. | Case No. C 07 80138-MISC. CW<br><br>[PROPOSED] ORDER RE: MOTION TO DISMISS ACTION BASED ON FAILURE TO STATE A CLAIM UNDER FRCP RULE 12(b)(6);  OR IN THE ALTERNATIVE FOR ORDER REQUIRING PLAINTIFF TO PROVIDE A MORE DEFINITE STATEMENT (FRCP RULE 12(e); AND TO STRIKE PUNITIVE DAMAGES UNDER FRCP RULE 12(f))<br><br>Date:  August 2, 2007<br>Time:  2:00 p.m.<br>CtRm 2, 4th Floor |

The motion of defendant Bay Area Rapid Transit District ("BARTD") to dismiss action based on failure to state a claim under FRCP Rule 12(b)(6); or in the alternative for an order requiring plaintiff to provide a more definite statement (FRCP Rule 12(e); and to strike punitive damages came on for hearing on August 2, 2007, at 2:00 p.m., Court Room 2, 4th Floor of the above entitled court before the Honorable Claudia Wilken.

/ / /

/ / /

-1-

1  The Court, having considered the papers and arguments submitted in support of and in opposition to
2  the motion, if any, finds that the plaintiff's complaint filed on or about May 30, 2007 fails to state any cause of
3  action for which relief can be granted as to BARTD.
4  IT IS THEREFORE ORDERED that this matter is hereby dismissed as to BARTD with prejudice in its
5  entirety.

7  Dated: _____

9  _____
   THE HONORABLE CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE
10 NORTHERN DISTRICT OF CALIFORNIA