1  DALE L. ALLEN, JR., # 145279
   JOSHUA M. BRYAN, # 225230
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES, ) | Case No. C 07 80138-MISC. CW |
| Plaintiff, ) | DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S NOTICE OF ERRATA TO MOTION TO DISMISS ACTION BASED ON FAILURE TO STATE A CLAIM UNDER FRCP RULE 12(b)(6);  OR IN THE ALTERNATIVE FOR ORDER REQUIRING PLAINTIFF TO PROVIDE A MORE DEFINITE STATEMENT (FRCP RULE 12(e); AND TO STRIKE PUNITIVE DAMAGES UNDER FRCP RULE 12(f)) |
| v. ) | |
| (BART) BAY AREA RAPID TRANSIT, (Transportation) (Non-Police Agency); VIVENCIO GONZAGA (AKA: Vincent Flores) (BART Janitor 07/09/03 Civilian Employee); KEN "KENNETH" DAM (Community Service Assistant, for, BART) (07/09/03 Civilian Employee); BRUCE TURNER (BART RUN # 225, 07/09/03, 1819 hrs. (1806 hrs.), (07/09/03 Civilian Employee) (Terrorist Benjamin Arnold Turner's Foster Relative/Co-Conspirator 07/12/86 Co-Child Abduction, ) | |
| Defendants. ) | Date:   August 2, 2007<br>Time:   2:00 p.m.<br>CtRm 2, 4th Floor |

Defendant Bay Area Rapid Transit District ("BARTD") hereby gives notice of the following modifications to its memorandum of points and authorities in support of the instant motion.

    1.    The reference at page 2, Line 5 to "BARTD and its employees" **is changed to "**Bay Area Rapid Transit District Police Department and Officer Ken Dam".

    2.    The reference at page 2, Lines 6-7 to "defendant Bay Area Rapid Transit Police's" **is changed to** "Bay Area Rapid Transit Police Department and Officer Ken Dam's**".**

///

-1-

DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S NOTICE OF ERRATA TO MOTION TO DISMISS ACTION BASED ON FAILURE TO STATE A CLAIM UNDER FRCP RULE 12(b)(6);  OR IN THE ALTERNATIVE FOR ORDER REQUIRING PLAINTIFF TO PROVIDE A MORE DEFINITE STATEMENT (FRCP RULE 12(e); AND TO STRIKE PUNITIVE DAMAGES UNDER FRCP RULE 12(f)

J:\1752\SF0199\M-Dismiss\P-Not-Errata-dismiss.wpd

3. The reference on page 3, Line 25 to "BARTD and other defendants" **is changed to** "Bay Area Rapid Transit Police Department and Officer Ken Dam."

4. The reference on page 3, Line 26 to "BARTD and its employees" **is changed to** "Bay Area Rapid Transit Police Department and Officer Ken Dam."

5. Any and all references to Bay Area Rapid Transit Police's Motion for Summary Judgment/Partial Summary Judgment <u>are meant to indicate</u> Bay Area Rapid Transit Police Department and Officer Ken Dam's Motion for Summary Judgment/Partial Summary Judgment.

6. Any and all references to Bay Area Rapid Transit Police or BARTD Police <u>are meant to indicate</u> Bay Area Rapid Transit Police Department.

7. The passage starting on page 7, Line 11, "In the case at bar, plaintiff is simply trying to re-sue BARTD for alleged conduct relating to his July 9, 2003 arrest" **is changed to** "In the case at bar, plaintiff is simply trying to re-sue for alleged conduct relating to his July 9, 2003 arrest."

Dated: June 22, 2007.

                              LOW, BALL & LYNCH


                              By_____/s/   Dale L. Allen, Jr._____
                                   DALE L. ALLEN, JR.
                                   JOSHUA M. BRYAN
                                   Attorneys for Defendant
                                   BAY AREA RAPID TRANSIT DISTRICT