1  DALE L. ALLEN, JR., # 145279
   JOSHUA M. BRYAN, #225230
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendant
   BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>v.<br><br>(BART) BAY AREA RAPID TRANSIT, (Transportation) (Non-Police Agency); VIVENCIO GONZAGA (AKA: Vincent Flores) (BART Janitor 07/09/03 Civilian Employee); KEN "KENNETH" DAM (Community Service Assistant, for, BART) (07/09/03 Civilian Employee); BRUCE TURNER (BART RUN # 225, 07/09/03, 1819 hrs. (1806 hrs.), (07/09/03 Civilian Employee) (Terrorist Benjamin Arnold Turner's Foster Relative/Co-Conspirator 07/12/86 Co-Child Abduction,<br><br>    Defendants. | Case No. C 07 80138-MISC. CW<br><br>**PROOF OF SERVICE**<br><br>(on Defendant Bay Area Rapid Transit District's Notice of Errata To Motion To Dismiss Action Based on Failure to State a Claim Under FRCP Rule 12(b)(6)) |

-1-
PROOF OF SERVICE

J:\1752\SF0199\$CAPTION.POS.wpd

*Jerome L. Grimes v. (BART) Bay Area Rapid Transit (Transportation), et al.*
U.S.D.C Case No. C07 80138-MISC CW

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the listed addresses:

**DOCUMENT(S):**

DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S NOTICE OF ERRATA TO MOTION TO DISMISS ACTION BASED ON FAILURE TO STATE A CLAIM UNDER FRCP RULE 12(b)(6); OR IN THE ALTERNATIVE FOR ORDER REQUIRING PLAINTIFF TO PROVIDE A MORE DEFINITE STATEMENT (FRCP RULE 12(e); AND TO STRIKE PUNITIVE DAMAGES UNDER FRCP RULE 12(f))

**ADDRESSES:**
Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132
Telephone: 415-584-1454 and/or Telephone: 415-624-5892
Plaintiff In Pro Per

[ X ]   **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by Quake Courier & Attorney Services.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 22, 2007.

M. Kathryn Mansfield