IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES and MICHAEL FORD, SR.,

        Plaintiffs,

  v.

BAY AREA RAPID TRANSIT, et al.,

        Defendants.
                                     /

No. C 07-80138M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

    On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

    (1)   a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2)   an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3)   a court order for the defendants to be subjected to a lie detector test;

    (4)   covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual

allegations and claims for relief."

The Court has reviewed the instant complaint, C 07-80138M, and finds that it alleges, that Defendants have framed Plaintiff of grand theft mountain bike in order to intimidate Plaintiff from prosecuting a previous case filed in this Court. He also alleges Defendants hijacked and kidnapped "with terror intent." Because this complaint concerns one or more of the matters mentioned in the pre-filing order, the Clerk of the Court is ordered not to file it. Instead, the complaint shall be returned to Plaintiff.

IT IS SO ORDERED.

Dated: 7/3/07

_____
CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES et al,

        Plaintiff,

v.

BART

        Defendant.
_____/

Case Number: CV07-80138 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale L. Allen
Low Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: July 3, 2007

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3